UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-2290 (DLF) |
| | ) |
| U.S. DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

    Pursuant to the Court's Minute Order on October 28, 2021, Plaintiff John Solomon ("Plaintiff") and Defendant the United States Department of State ("Defendant"), by and through undersigned counsel, hereby provide the Court with the following status report.

    1.    This case concerns Plaintiff's FOIA request seeking "[a] letter sent from Assistant Secretary of State Victoria Nuland to Ukraine Prosecutor General Viktor Shokin that was delivered in Ukraine on or about June 11, 2015, by Ambassador Geoffrey Pyatt, as well as documents related to the transmission of the letter (Date Range for Record Search: From 5/1/2015 To 6/30/2015)." *See* Compl. (ECF No. 5-1) at 5.

    2.    The parties are presently in the process of narrowing the potentially responsive documents at issue in this case. Specifically, Plaintiff has informed Defendant that it may narrowly focus its search and production efforts to (1) the specific letter at issue in the request, as well as (2) the cover letter that is associated with the aforementioned letter. Defendant is attempting to locate these two records, but does not currently have a date as to when it anticipates making a production. To date, Defendant has reviewed well over 1,000 pages of potentially responsive

material and will continue to diligently search for the specific letter at issue in the request, as well as the associated cover letter.

3. Based on the foregoing, the parties suggest that they file an additional joint status report within 30 days of this joint status report: on or before December 20, 2021.

Dated: November 18, 2021
Washington, DC

                        Respectfully submitted,

                        MATTHEW M. GRAVES, D.C. Bar #481052
                        United States Attorney

                        BRIAN P. HUDAK
                        Acting Chief, Civil Division

By:     */s/ Blake A. Weiner*
        Blake A. Weiner
        Assistant United States Attorney
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 803-1604

*Attorneys for the United States of America*