UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN SOLOMON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-2290 (DLF) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT AND
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's Minute Order on November 18, 2021, Plaintiff John Solomon ("Plaintiff") and Defendant the United States Department of State ("Defendant"), by and through undersigned counsel, hereby provide the Court with the following status report and stipulation of dismissal with prejudice.

1. This case concerns Plaintiff's FOIA request seeking "[a] letter sent from Assistant Secretary of State Victoria Nuland to Ukraine Prosecutor General Viktor Shokin that was delivered in Ukraine on or about June 11, 2015, by Ambassador Geoffrey Pyatt, as well as documents related to the transmission of the letter (Date Range for Record Search: From 5/1/2015 To 6/30/2015)." *See* Compl. (ECF No. 5-1) at 5.

2. On December 16, 2021, the Department informed Plaintiff that it had processed two records responsive to Plaintiff's request and produced both records in full. State also informed Plaintiff that it had finished processing Plaintiff's FOIA request.

3. Accordingly, the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Joint Stipulation of Dismissal with Prejudice of all claims asserted in this action against Defendant, with each party to bear its own costs, attorney fees, and expenses.

Dated: December 20, 2021
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Blake A. Weiner
Blake A. Weiner
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 803-1604

*Attorneys for the United States of America*

 /s/ Kimberly S. Herman
Kimberly S. Herman
General Counsel
Southeastern Legal Foundation
560 West Crossville Rd., Ste 104
Roswell, Georgia 30075
(678) 269-4966

*Attorney for Plaintiff*